FILED
2023 Jul-31  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **CARLO RODRIGUEZ,** | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Civil Action No.: 7:23-cv-929-ACA |
| | ) |
| **MANSA HOSPITALITY, LLC DBA COURTYARD BY MARRIOTT** | ) |
| Defendant. | ) |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve Defendant MANSA HOSPITALITY, LLC by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(h)(1).

Respectfully submitted,

*/s/ David A. Hughes*
David Hughes
**HARDIN & HUGHES, LLP**
2121 14th Street
Tuscaloosa, AL 35401
T: (205) 523-0463
F: (205) 344-6188
E: dhughes@hardinhughes.com

*Attorney for Plaintiff*