2023 Sep-06 AM 09:07
U.S. DISTRICT COURT
N.D. OF ALABAMA



7:23-cv-00929-ACA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mansa Hospitality LLC
DBA Courtyard by Marriott
Attn.: Rupesh Patel, Registered Agent
2267 Butler Springs Lane
Hoover AL 35226

9590 9402 7966 2305 3769 90

2. Article Number *(Transfer from service label)*

7022 2410 0001 6355 8156

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☑ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
2023 SEP -5 A 11: 08
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt